**Fill in this information to identify the case:**

Debtor name: **Chabad of Gramercy Park**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF NEW YORK**

Case number (if known): **1-25-40105**

☑ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. M&T Bank Account | Checking | 5634 | $56,297.07 |
   | 3.2. TD Bank Account | Checking | | $14,000.00 |

4. Other cash equivalents *(Identify all)*

5. Total of Part 1. $70,297.07
   Add lines 2 through 4 (Including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. Does the debtor have any accounts receivable?

    ☑ No. Go to Part 4.
    ☐ Yes Fill in the information below.

Debtor   **Chabad of Gramercy Park**  Case number *(If known)* **1-25-40105**
         Name

### Part 4: Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. Nissan Murano 2024<br>Lease | $0.00 | | $0.00 |
| 47.2. Nissan Altima 2024<br>Lease | $0.00 | | $0.00 |
| 47.3. Ford Transit 2024<br>Lease | $0.00 | | $0.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm**

Debtor    **Chabad of Gramercy Park**              Case number *(If known)* **1-25-40105**
          Name

machinery and equipment)

51. **Total of Part 8.**                                                                 $0.00

    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ■ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 121 West 19th St New York NY 10011 | | $0.00 | | $4,000,000.00 |
| 55.2. 40 W 22nd ST New York NY 10010 | | $0.00 | | $770,000.00 |
| 55.3. 107 E 22nd St New York, NY 10010 | | $0.00 | | $2,500,000.00 |
| 55.4. 12 E 13th St, New York, NY 10003 | | $0.00 | | $2,500,000.00 |
| 55.5. 116 W 14th St New York, NY 10011 | | $0.00 | | $4,000,000.00 |

56. **Total of Part 9.**                                                                $13,770,000.00

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

| Debtor | Chabad of Gramercy Park | Case number (If known) | 1-25-40105 |
|---|---|---|---|
| | Name | | |

☒ No
☐ Yes

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Chabad of Gramercy Park**              Case number *(If known)* **1-25-40105**
         Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $70,297.07 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9.*...................................................................................> | | $13,770,000.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $70,297.07 | + 91b. $13,770,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $13,840,297.07 |

Fill in this information to identify the case:

Debtor name: **Chabad of Gramercy Park**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known): **1-25-40105**

☑ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2.1. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

211 THOMPSON OWNERS CORP.
211 Thompson St
New York, NY 10012

2.2. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining    **2 years 4 months**

List the contract number of any government contract

245 E 19 Realty LLC
c/o S.W. Management LLC
145 Huguenot Street
5th Floor
New Rochelle, NY 10801

2.3. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

38 Gold Street Inc
38 Gold St
New York, NY 10038

2.4. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

40 W 22nd ST Tenants Coop
40-42 West 22nd St
New York, NY 10010

| | | | |
|---|---|---|---|
| Debtor 1 | **Chabad of Gramercy Park** | Case number (if known) | **1-25-40105** |
| | First Name    Middle Name    Last Name | | |

3/19/25 5:04PM

■ **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Ford lease** | |
|---|---|---|---|
| | State the term remaining | | **Ford Motor Credit**<br>**P.O. Box 790119**<br>**Saint Louis, MO 63179** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Nissan Lease** | |
|---|---|---|---|
| | State the term remaining | | **Nissan Motor Acceptance Corp.**<br>**P.O. Box 742657**<br>**Cincinnati, OH 45274** |
| | List the contract number of any government contract | | |