**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
 In re:

                                                    Chapter 11

Chabad of Gramercy Park,                             Case No.: 25-40105-jmm

                          Debtor.
------------------------------------------------------------X

### ORDER PROHIBITING THE USE OF CASH COLLATERAL

**WHEREAS**, on March 11, 2025, EMG Transfer Agent LLC (the "Secured Creditor")

filed a motion seeking, among other things, an order prohibiting the use of cash collateral by the

above-captioned debtor (the "Debtor") without either court approval or the Secured Creditor's

consent, and for other and further relief (ECF No. 21) (the "Motion"); and

**WHEREAS**, on March 19, 2025, the Debtor filed an objection to the Motion (ECF No.

43) (the "Objection"); and

**WHEREAS**, on March 21, 205, the Secured Creditor filed a reply (ECF No. 49) in

response to the Objection and in further support of the Motion; and

**WHEREAS**, a hearing on the Motion was held on March 26, 2025 (the "Hearing"); and

**WHEREAS**, at the Hearing, the Court adjourned the hearing on the Motion to April 29, 2025 at 1:00 p.m.

**NOW, THEREFORE, IT IS ORDERED** as follows:

1.    The Debtor is hereby prohibited from using the Secured Creditor's "cash collateral" as defined in 11 U.S.C. § 363(a) without further order of the Court.

Dated: April 2, 2025
      Brooklyn, New York



_____
Jil Mazer-Marino
United States Bankruptcy Judge