UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                          Case No.: 1-24-40105-jmm

      Chabad of Gramercy Park                                    Chapter 11

                                 Debtor.
---------------------------------------------------------X

**ORDER PURSUANT TO 11 U.S.C. § 1121(d) TO EXTEND
EXCLUSIVITY PERIOD TO FILE PLAN OF REORGANIZATION AND DISCLOSURE
STATEMENT AND SOLICITATION OF ACCEPTANCES**

Upon the motion, dated July 7, 2025 (the "Motion") [ECF # 107], of Chabad of Gramercy Park (the "Debtor"), pursuant to section 1121(d) of title 11, United States Code (the "Bankruptcy Code"), for entry of an order extending the exclusivity period to file Chapter 11 plan of reorganization and disclosure statement and to solicit acceptances of the same (the "Exclusivity Periods"), as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need to be provided; and a hearing having been held to consider the relief requested in the Motion on July 16, 2025 (the "Hearing"); and upon the record of the Hearing and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor, its estates, creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

        **ORDERED,** that the motion is granted to the extent set forth in the order; and it is further

**ORDERED,** that, pursuant to section 1121(d)(2)(A) of the Bankruptcy Code, the Debtor's Exclusivity Periods to file a chapter 11 plan of reorganization and Disclosure statement is extended through and including **September 5, 2025**, and the Debtor's exclusive period to solicit acceptances thereof through and including **November 4, 2025,** pursuant to section 1121(d)(2)(B) of the Bankruptcy Code; and it is further

**ORDERED,** that the extension of such Exclusivity Periods granted herein is without prejudice to such further requests that may be made pursuant to section 1121(d) of the Bankruptcy Code by the Debtor, for cause shown, upon notice and a hearing; and it is further

**ORDERED,** that this Court may retain jurisdiction to hear and determine all matters arising from or related to this Order.



Dated: July 24, 2025
Brooklyn, New York

_____
Jil Mazer-Marino
United States Bankruptcy Judge