UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:
CHABAD OF GRAMERCY PARK,                          Chapter 11
                                                  Case No. 25-40105 (JMM)

                                        Debtor.
--------------------------------------------------------x

## CONDITIONAL ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**NOW,** upon:  (i) the application of 245 E. 19 Realty LLC (the "Landlord"), by its counsel, Pick & Zabicki, LLP, dated March 11, 2025 (ECF No. 12) (the "Motion"), seeking an Order granting relief from the automatic stay with regard to the Chapter 11 bankruptcy case of Chabad of Gramercy Park (the "Debtor") and the Landlord's interests in and rights and remedies to  certain non-residential property located at 2345 E. 19th Street a/k/a 337 Second Avenue, New York, New York 10003 (the "Property"); and (ii) the Debtor's Objection to the Motion, dated April 2, 2025 (the  "Objection") (ECF No. 21); and a hearing having been held on July 10, 2025 with regard to the Motion and the Debtor's Objection thereto; and the Court having held that the Motion be resolved by way of a Conditional Order, and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED**, that: the Debtor will pay to the Landlord the sum of $58,288.72 constituting the unpaid post-Petition base rent, utility charges, and real estate taxes owed through July 11, 2025, as follows:

(a)    $18,000.00  received on  July 15, 2025, accepted subject to collection;

(b)    $20,288.72  on or before July 25, 2025; and

(c)    $20,000.00 on or before July 31, 2025; and it is further

**ORDERED**, that beginning in the month of August, 2025 and continuing each month thereafter, the Debtor shall pay its ongoing monthly rent obligations to the Landlord so that they

are received by the Landlord on or before the tenth (10th) day of each month; and it is further

**ORDERED**, that all payments to be made by the Debtor hereunder shall be made in the form of a cashier's check, money order or other certified funds, and it is further

**ORDERED**, that in the event that the Debtor fails to timely make any of the payments as provided for herein, the Landlord may settle a proposed Order on five (5) business days' written notice upon the Debtor's counsel in support of an Order pursuant to 11 U.S.C. § 362(d), granting the Landlord relief from the automatic stay so as to pursue its non-bankruptcy court remedies with regard to the property located at 245 E. 19th Street, New York, New York 10003.



Dated: July 25, 2025
    Brooklyn, New York

                                             Jil Mazer-Marino
                               United States Bankruptcy Judge