Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Suite 202
Brooklyn, NY 11235
Tel.: (718) 513-3145
Email: alla@kachanlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                                   Chapter 11

Chabad of Gramercy Park,                                      Case No.: 1-25-40105-jmm

                          Debtor.
-------------------------------------------------------X

## MOTION FOR ORDER SHORTENING NOTICE PERIOD, ESTABLISHING OBJECTION DEADLINE, AND SCHEDULING HEARING PURSUANT TO 11 U. S. C. § 105 ON THE MOTION TO BE RELIEVED AS COUNSEL

**TO THE HON. JIL MAZER-MARINO,**
**UNITED STATES BANKRUPTCY JUDGE:**

The Law Offices of Alla Kachan, P.C. ("LOAK"), moves under 11 U.S.C. § 105(a), Federal Rule of Bankruptcy Procedure Rule 9006(c), and Rule 9077-1(c) of the Local Bankruptcy Rules for the Eastern District of New York ("Local Rules"), for the entry of an order shortening notice, setting an objection deadline, and scheduling a hearing pursuant to 11 U.S.C. § 105 on the motion to be relieved as the Debtor's counsel in this Bankruptcy case (the "Motion to be relieved as counsel"). In support, LOAK states as follows:

### INTRODUCTION

1. The Law Offices of Alla Kachan, P.C. seeks to schedule an emergency hearing on the motion to be relieved as the Debtor's counsel in this Bankruptcy case (the "Motion to be relieved as counsel"), due to a breakdown in communication between Counsel and the Debtor, specifically Counsel and the Debtor do not agree on the appropriate manner of financial management of the case in accordance with the appropriate Bankruptcy Code rules and guidelines, resulting in irreconcilable differences that make

continued representation unreasonably difficult, impracticable, and inconsistent with professional responsibilities of counsel.

The Law Offices of Alla Kachan, P.C., therefore, respectfully requests that the Court shortened notice of the motion to be relieved as the Debtor's counsel on **November 19, 2025, at 10:00 AM**.

### CAUSE EXISTS FOR SHORTENED NOTICE ON THE MOTION TO BE RELIEVED AS COUNSEL

1. As more fully set forth in the motion to be relieved as the Debtor's counsel filed on November 11, 2025.

### APPLICABLE AUTHORITY

2. Federal Rules of Bankruptcy Procedure 2002, 9006 and 9007 permit the shortening of notice and scheduling of an objection deadline and hearing as set forth herein. Bankruptcy Rule 2002(a) provides generally for 21 days' notice of motions. *Fed. R. Bankr. P. 2002(a)*. The applicable time period, however, may be modified further if the court "for cause shown" shortens the time or directs another method of giving notice. *Fed. R. Bankr. P. 2002(a)(2)* (general rule); *Fed. R. Bankr. P. 9006(c)* (quotation). In addition, Bankruptcy Code section 105(a) provides that the Court, "may issue an order . . . necessary or appropriate to carry out the provisions of [the Bankruptcy Code.] 11 U.S.C. § 105(a). Shortening time is also expressly contemplated in and permitted by Local Rule 9077-1(c).

### SERVICE OF MOTION TO SHORTEN TIME

3. The Law Offices of Alla Kachan, P.C. respectfully requests that the Court permits the LOAK to serve the Order Shortening Time, the motion of Law Offices of Alla Kachan P.C. to be relieved as the Debtor's counsel via email and/or overnight mail, on the Debtor, the US Trustee, all creditors and any party that has filed a notice of appearance in the case. The Law

Offices of Alla Kachan, P.C. requests that service on the parties set forth above, be deemed good and sufficient notice of said motions.

## CONCLUSION

**WHEREFORE,** the Debtor respectfully requests that the Court enter an order (i) shortening the notice required for the hearing of the Motion of the Law Offices of Alla Kachan P.C. to be relieved as the Debtor's counsel, (ii) establishing an objection deadline, (iii) scheduling the hearing on these Motions for **November 19, 2025 at 10:00 A.M.** and (iv) granting such other and further relief as the Court deems just and proper.

Dated: Brooklyn, New York
      November 12, 2025

*/s/ Alla Kachan*
Alla Kachan, Esq.
Law Offices of Alla Kachan
2799 Coney Island Avenue, Suite
Brooklyn, NY 11235
Tel.: (718) 513-3145
Fax: (347) 351-3156
alla@kachanlaw.com

Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Suite 202
Brooklyn, NY 11235
Tel.: (718) 513-3145
Email: alla@kachanlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:                                                                          Chapter 11

Chabad of Gramercy Park,                                            Case No.: 1-25-40105-jmm

                                    Debtor.
------------------------------------------------------X

## DECLARATION OF ALLA KACHAN IN SUPPORT
## OF MOTION TO SHORTEN TIME

Pursuant to 28 U.S.C. § 1746, Alla Kachan, Esq., declares as follows:

1. I am an attorney with the Law Offices of Alla Kachan, P.C., and I have knowledge and information about the Chapter 11 bankruptcy case of Chabad of Gramercy Park (the "Debtor"). I submit this Declaration in support of the Motion to Shorten Notice pursuant to 11 U.S.C. § 105 (the "Motion to Shorten") on the motion (the "Motion") to be relieved as the Debtor's counsel. The Law Offices of Alla Kachan, P.C. seek to schedule an emergency hearing on these motions, due to a breakdown in communication between Counsel and the Debtor, specifically Counsel and the Debtor do not agree on the appropriate manner of financial management of the case in accordance with the appropriate Bankruptcy Code rules and guidelines, resulting in irreconcilable differences that make continued representation unreasonably difficult, impracticable, and inconsistent with professional responsibilities of counsel. Further, case administration has become impossible due to the differing opinions on the proper management of the case between the parties.

2. The Law Offices of Alla Kachan, P.C., therefore, respectfully request that the Court shortened notice of the motion to be relieved as the Debtor's counsel on **November 18, 2025, at 10:00 AM**.

Dated: Brooklyn, New York　　　　　　　　　　　　　　　　　　　　*/s/ Alla Kachan*
　　　　November 12, 2025　　　　　　　　　　　　　　　　　　　　Alla Kachan, Esq

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In re:                                                                    Chapter 11

Chabad of Gramercy Park,                                      Case No.: 1-25-40105-jmm

                              Debtor.
-----------------------------------------------------X

## ORDER GRANTING SHORTENING NOTICE PERIOD, ESTABLISHING OBJECTION DEADLINE, AND SCHEDULING HEARING PURSUANT TO 11 U.S.C. § 105 ON THE MOTION TO BE RELIEVED AS COUNSEL

After consideration of the Debtor's Motion for an Order Shortening the Applicable Notice Period, Establishing an Objection Deadline, and Scheduling a Hearing on the motion (the "Motion") of Law Offices of Alla Kachan P.C. to be relieved as the Debtor's counsel and determination that cause exists to shorten the deadlines because the relief sought in the Motion to Shorten is in the best interest of the Debtor, its estate, and its creditors, it is hereby

**ORDERED**, that the Motion to Shorten is **GRANTED**; and it is further

**ORDERED**, that the hearing on the motion to be relieved as the Debtor's counsel and any written objections are scheduled for **November 19, 2025, at 10:00 A.M.** (Eastern Time). The hearing by phone, or by videoconference are conducted via Webex audio video platform. The parties may appear in person, by phone, or by videoconference for hearing. Regardless of whether a hearing is by phone, videoconference, or in person, all hearing participants must register with eCourt Appearances in advance of all telephonic and videoconference appearances (https://www.nyeb.uscourts.gov/registering-remote-hearing-appearance-using-ecourt-appearances). Once registered, eCourt Appearances will email the telephone number and video link for your hearing. You may register for hearings weeks in advance, but the telephone number video link will not be sent to you until **48 hours before the hearing date.** Those registering with eCourt Appearances for hearings less than 48 hours in advance should allow up to 15 minutes

after registration to receive the email with the telephone number and video link. Those unable to access eCourt Appearances must email Judge Mazer-Marino's Courtroom Deputy at: jmm_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing. Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number; and it is further

**ORDERED**, that the deadline for any written objection to the motion to be relieved as the Debtor's counsel be filed with the Court and served upon the Court, Law Offices of Alla Kachan P.C. at 2799 Coney Island Ave, Suite 202, Brooklyn, New York 11235, to the attention of Alla Kachan, and the United States Trustee at Alexander Hamilton Custom House, One Bowling Green, Room 510 New York, NY 10004-1408, is _____ at _____ (Eastern Time); and it is further

**ORDERED**, that on or before _____, the Law Offices of Alla Kachan P.C. shall serve a copy of this order, together with the motion to be relieved as the Debtor's counsel via email and/or overnight mail, on the Debtor, the US Trustee, all creditors and any party that has filed a notice of appearance in the case; and it is further

**ORDERED**, that notwithstanding any bankruptcy rule to the contrary, this Order shall take effect immediately upon its entry.