UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
 In re:

 Chabad of Gramercy Park,

                                        Debtor.
-----------------------------------------------------------X

Chapter 11

Case No. 25-40105-jmm

### ORDER: (A) TO SHOW CAUSE WHY THE COURT SHOULD NOT APPOINT A CHAPTER 11 TRUSTEE; AND (B) SCHEDULING HEARING ON THE LAW OFFICES OF ALLA KACHAN P.C.'s MOTION TO WITHDRAW AS <u>COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION</u>

**WHEREAS,** on January 8, 2025 (the "Petition Date"), the above-captioned debtor and debtor in possession (the "Debtor") filed a petition for relief under chapter 11, title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS,** The Lions Head Condominium alleges the Debtor failed pay $79,812.66 in post-petition obligations and 40 West 22nd St Tenants Cooperative Corp. alleges the Debtor has failed to pay its obligations and owes over $150,000 in overdue rent, late fees and special assessment fees. *See* Statement in Respect of Case Status, [ECF No.153]; Joinder of 40 W. 22nd St. Tenants Cooperative Corp. to the Motion of EMG Transfer Agent LLC to Terminate Exclusivity, [ECF No. 146]. The Debtor's Monthly Operating Report for August 2025 [ECF No. 134]; however, represents a $946,797 cash balance as of August 31, 2025, and that the Debtor has no post-petition payables that are past due; and

**WHEREAS,** to date, the Debtor has failed to file a Monthly Operating Report for September 2025 and the report is past due; and

**WHEREAS**, the Debtor has failed to file a chapter 11 plan that is facially confirmable and it appears the Debtor has failed to develop or implement a business plan enabling the Debtor to emerge from chapter 11; and

**WHEREAS**, Debtor's counsel has requested authority to withdraw as counsel for the Debtor due "to a breakdown in communication between Counsel and the Debtor specifically Counsel and the Debtor do not agree on the appropriate manner of financial management of the case." *See* Motion to be Relieved as Counsel [ECF No. 156] (the "Motion to Withdraw"); and

**WHEREAS,** pursuant to Bankruptcy Code sections 1104(a)(1) and (a)(2), the Court shall appoint a trustee "for cause, including fraud, dishonesty, incompetence, or gross mismanagement of the affairs of the debtor" or "if such appointment is in the interests of creditors."

**NOW, THEREFORE,** it is

**ORDERED,** the Debtor show cause why the Court should not appoint a chapter 11 trustee at a hearing to be held before the Honorable Jil Mazer-Marino of the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11201 on **December 17, 2025 at 3:00 p.m.** (the "Trustee Hearing"); and it is further

**ORDERED**, that Court will hold a hearing on the Motion to Withdraw before the Honorable Jil Mazer-Marino of the United States Bankruptcy Court, Eastern District of New York, 271-C Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11201 on **December 17, 2025 at 3:00 p.m.**; and it is further

**ORDERED,** that the Trustee Hearing and the hearing on the Motion to Withdraw (together, the "Hearings") may be held in person, by phone, or by videoconference. Regardless of whether you intend to appear in person, by phone, or by videoconference, those intending to appear at the

Hearings must register with eCourt Appearances no later than two (2) days prior to the Hearings. The phone number or video link for the Hearings will be emailed only to those that register with eCourt Appearances in advance of the Hearings.  Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov; and it is further

**ORDERED,** that the Debtor shall serve a copy of this Order and the Motion to Withdraw by First Class Mail on (1) the Office of the United States Trustee for Region 2, (2) all creditors and parties in interest; and (3) Naftali Rotenstreich, President of the Debtor, by **November 18, 2025,** which shall be deemed good and sufficient service hereof; and it is further

**ORDERED,** that the Debtor shall file a certificate of service with the Court by **November 20, 2025,** evidencing the Debtor's compliance with the service requirements in this Order; and it is further

**ORDERED**, statements in support of the appointment of a chapter 11 trustee shall be in writing and filed with the Court by **December 3, 2025**; and it is further

**ORDERED**, objections to the appointment of a chapter 11 trustee shall be in writing and filed with the Court by **December 10, 2025**; and it is further

**ORDERED**, objections or responses to the Motion to Withdraw shall be in writing and filed with the Court by **December 10, 2025**; and it is further

**ORDERED**, the Court may adjourn the Hearings without further Notice but for an announcement in open court.

Dated: November 17, 2025
Brooklyn, New York



Jil Mazer-Marino
United States Bankruptcy Judge