**WESTERMAN BALL EDERER**
**MILLER ZUCKER & SHARFSTEIN, LLP**
Thomas A. Draghi, Esq.
Michele L. Angell, Esq.
Alexandra Pontrello, Esq. (*f/k/a* Alexandra Troiano)
1201 RXR Plaza
Uniondale, New York 11556
Telephone: (516) 622-9200
tdraghi@westermanllp.com
mangell@westermanllp.com
apontrello@westermanllp.com

*Counsel to EMG Transfer Agent LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
In re:

                                                                Chapter 11

Chabad of Gramercy Park,                         Case No.: 25-40105-jmm

                                      Debtor.
---------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF EMG TRANSFER AGENT LLC'S**
**(I) MOTION FOR AN ORDER (A) APPOINTING AN EXAMINER, AND**
**(B) PROHIBITING THE UNAUTHORIZED USE OF CASH COLLATERAL**
**AND DIRECTING ADEQUATE PROTECTION PAYMENTS; AND**
**(II) OBJECTION TO SMALL BUSINESS DEBTOR DESIGNATION**

**PLEASE TAKE NOTICE** that *EMG Transfer Agent LLC's (I) Motion for an Order (A) Appointing an Examiner, and (B) Prohibiting the Unauthorized Use of Cash Collateral and Directing Adequate Protection Payments; and (II) Objection to Small Business Debtor Designation*, dated March 11, 2025 [Docket No. 21] (the "Examiner Motion") made by EMG Transfer Agent LLC (the "Secured Lender"), by and through its undersigned counsel, seeking entry of an order appointing an examiner in the above-captioned chapter 11 case of Chabad of Gramercy Park (the "Debtor") under section 1104(c) of title 11, United States Code (the "Bankruptcy Code"), (ii) prohibiting the use of cash collateral without either Court approval or

the Secured Lender's consent, and directing the payment of adequate protection to the Secured Lender, and (iii) determining that the Debtor is not a "small business debtor" under section 101(5ID) of the Bankruptcy Code, is hereby withdrawn, without prejudice.

Dated: Uniondale, New York
December 16, 2025

>WESTERMAN BALL EDERER
>MILLER ZUCKER & SHARFSTEIN, LLP
>
>*/s/ Michele L. Angell*
>Thomas A. Draghi
>Michele L. Angell
>Alexandra Pontrello (*f/k/a* Alexandra Troiano)
>1201 RXR Plaza
>Uniondale, New York 11556
>Telephone: (516) 622-9200
>Facsimile: (516) 622-9212
>Email: tdraghi@westermanllp.com
>mangell@westermanllp.com
>apontrello@westermanllp.com
>
>*Counsel for EMG Transfer Agent LLC*