| | |
|---|---|
| YANN GERON, Chapter 11 Trustee<br>c/o Geron Legal Advisors LLC<br>370 Lexington Avenue, Suite 1208<br>New York, New York 10017<br>(646) 560-3224<br>ygeron@geronlegaladvisors.com | Hearing Date: March 4, 2025<br>At: 10:00 a.m. (ET) |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re                                                                              :
                                                                                         :   Chapter 11
CHABAD OF GRAMERCY PARK,                                  :
                                                                                         :   Case No. Case No. 25-40105-jmm
                                                             Debtor.       :
---------------------------------------------------------------- x

### TRUSTEE'S STATEMENT OF NO OBJECTION TO CREDITOR'S MOTION FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

TO THE HONORABLE JIL MAZER-MARINO,
UNITED STATES BANKRUPTCY JUDGE:

Yann Geron (the "Trustee"), as chapter 11 trustee of the estate of Chabad of Gramercy Park (the "Debtor"), the above-captioned debtor, as and for his response to the motion of Nissan-Infiniti LT LLC f/k/a Nissan-Infiniti LT (the "Movant"), for an order granting relief from the automatic stay herein (the "Motion") [DE 168], respectfully sets forth and represents:

1. Movant's papers state that on or about September 2, 2024, the Debtor entered into a Motor Vehicle Lease Agreement with Arbitration Clause ("Lease") with Movant to lease a 2024 Nissan Murano AWD, VIN: 5N1AZ2BS9RC106961 (the "Automobile"). *See* Motion at Exhibit A. The Automobile was listed as an asset of the Debtor's estate in response to question 47 on Amended Schedule A/B [DE 40].

2. Pursuant to the Lease, the Automobile was pledged to the Movant as collateral. Movant duly perfected its interest in the Automobile as evidenced by the Certificate of Title annexed as Exhibit A to the Motion.

3. Movant's papers further state that the Debtor is in default under the Lease since July 2, 2025, and that, as of November 6, 2025, the remaining balance due Movant was approximately $32,394.

4. The estimated value of the Automobile is $30,300. *See* Motion at <u>Exhibit B</u>.

5. Based on the foregoing information, the Trustee does not believe that the Automobile hods any value to the Debtor's bankruptcy estate or its creditors and does not object to Movant's motion for an order granting relief from the automatic stay.

Dated: New York, New York
February 25, 2026

*/s/ Yann Geron*
Yann Geron, Chapter 11 Trustee
c/o Geron Legal Advisors LLC
370 Lexington Avenue, Suite 1208
New York, New York 10017
(646) 560-3224
ygeron@geronlegaladvisors.com