

370 Lexington Avenue, Suite 1208
New York, NY 10017
Tel (646) 560-3224
geronlegaladvisors.com

Yann Geron
ygeron@geronlegaladvisors.com

April 15, 2026

**VIA ECF**

The Honorable Jil Mazer-Marino
Chief United States Bankruptcy Court
271 Cadman Plaza East, Suite 3514
Brooklyn, NY 11201

**Re:**    **Chabad of Gramercy Park, Debtor; Case No. 1-25-40105-jmm**

Your Honor,

I serve as the chapter 11 Trustee of the Estate of Chabad of Gramercy Park (the "Debtor") in the above-referenced case. This letter confirms that the following matters have been adjourned on consent from April 22, 2026, to **June 10, 2026, at 2:30 p.m. (ET)**:

i)    Motion For Relief From Stay Regarding Real Property Located At 48 Maplewood Garden Road, Monticello, New York 12701 [DE 96]; and

ii)    Motion Compelling the Debtor to Immediately Pay Administrative Rent and Assume or Reject the Lease; (II) Compelling the Debtor to Assume or Reject the Lease; (III) Alternatively Granting Relief From the Automatic Stay; and (IV) Granting Related Relief [DE 27].

All other matters will proceed as scheduled on April 22, 2026, at 2:30 p.m.

Respectfully submitted,

*Yann Geron*

Yann Geron, Esq.

cc:    Thomas A. Draghi, Esq. (by email)
Kevin Nash, Esq. (by email)
Alexandra Pontrello, Esq. (by email)
Steven Smith, Esq. (by email)
Jeremey S. Sussman, Esq. (by email)
All ECF notification parties