

**DAVIDOFF HUTCHER & CITRON LLP**

ATTORNEYS AT LAW
605 THIRD AVENUE
NEW YORK, NEW YORK 10158

TEL: (212) 557-7200
FAX: (212) 286-1884
WWW.DHCLEGAL.COM

FIRM OFFICES

WHITE PLAINS
ATTORNEYS AT LAW
120 BLOOMINGDALE ROAD
WHITE PLAINS, NY 10605
(914) 381-7400

WEST PALM BEACH
ATTORNEYS AT LAW
1107 NORTH OLIVE AVENUE
WEST PALM BEACH, FL 33401
(561) 567-8488

FIRM OFFICES

ALBANY
ATTORNEYS AT LAW
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

WASHINGTON, D.C.
ATTORNEYS AT LAW
201 MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1117

**WRITER DIRECT (646) 428-3233**
**CIT@DHCLEGAL.COM**

May 18, 2026

**VIA ECF FILING**
Hon. Jil Mazer-Marino
U.S. Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, New York 11201

      **Re: Chabad of Gramercy Park**
      **Case No. 25-40105-jmm**

Dear Judge Marino:

      This firm represents YJP Foundation and Shaya Lesches, creditors and parties in interest in the above-referenced case. A partner of this firm, Jonathan Pasternak, is currently one of the counsel of record on the Debtor's behalf. We write to provide the Court, pursuant United States District Court for the Eastern District of New York Joint Local Civil Rule 1.5(h)(3), with notice of the opinion and order dated January 30, 2026, from the United States District Court for the Eastern District of New York suspending Mr. Pasternak for three years effective May 31, 2026 (the "Suspension Order"). Mr. Pasternak has already withdrawn his appearance in this case.

      Please note that the conduct that is the subject of the Suspension Order occurred long before Mr. Pasternak became employed by our firm. Other attorneys at our firm, Craig M. Price and Robert Rattet, will continue to be counsel of record for our firm on this matter. Our client has been notified of the Suspension Order and has consented to our firm remaining as its counsel.

                  Respectfully,

                  */s/ Jeffrey Citron*
                  Jeffrey Citron

cc:  Jonathan Pasternak, Esq.
     All parties receiving ECF Notice