GERON LEGAL ADVISORS LLC
Yann Geron
Nicole N. Santucci
Alejandro J. Urquides
370 Lexington Avenue, Suite 1208
New York, New York 10017
(646) 560-3224
ygeron@geronlegaladvisors.com
nsantucci@geronlegaladvisors.com
aurquides@geronlegaladvisors.com

*Attorneys for Yann Geron, Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

In re                                  :

                                  :   Chapter 11

CHABAD OF GRAMERCY PARK,        :

                                  :   Case No. Case No. 25-40105-jmm

                    Debtor.  :

---------------------------------------------------------------- x

## NOTICE OF FURTHER EXTENSION OF BID DEADLINE, DEADLINE FOR TRUSTEE TO FILE NOTICE OF AUCTION, DEADLINE FOR TRUSTEE TO DESIGNATE QUALIFYING BIDS AND BASELINE BID, AND AUCTION WITH RESPECT TO CERTAIN PROPERTIES

**PLEASE TAKE NOTICE** that, pursuant to the *Order (I) Scheduling A Hearing on the Approval of the Sale of the Debtor's Properties[1], and (II) Approving Certain Bidding Procedures and Stalking Horse Bidder Protections, and the Form and Manner of Notice Thereof* (the "Bidding Procedures Order") [DE 240], entered on April 28, 2026, and paragraph 16 of the Bidding Procedures approved therein [DE 240-1], the Trustee, with the consent of the Secured Lender, has, **_solely with respect to the sale(s) of the following Properties_**: (a) 12 East 13th Street, Unit COM, New York, New York 10003; (b) 116-118 West 14th Street, First Floor Unit, New York, New York 10011; (c) 121 West 19th Street, New York, New York 10011 in the building known as and by

---

[1]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bidding Procedures and, to the extent not defined therein, the Bidding Procedures Order.

The Lion's Head Condominium; and (d) Cooperative Interests in the Cooperative Organization known as 40 W. 22nd St. Tenants Cooperative Corp. pertaining to 45.45 shares of Stock for Unit Gr. Fl in the building located at 40 West 22nd Street, New York, New York 10010, extended the below deadlines as follows:

- the Bid Deadline from June 4, 2026, to **Monday, June 15, 2026**;

- the Deadline for Trustee to file notice of Auction (or cancellation of Auction, if applicable) from June 8, 2026 to **Thursday, June 18, 2026**;

- the Deadline for Trustee to Designate Qualifying Bids and Baseline Bid from June 8, 2026 to **Thursday, June 18, 2026**; and

- the Auction from June 15, 2026 to **Tuesday, June 23, 2026**.

**PLEASE TAKE FURTHER NOTICE** that the extended deadlines set forth herein apply **only** to the Properties identified above. ***For the avoidance of any doubt, the deadlines with respect to the Property located at 105-107 East 16th Street, New York, New York 10010, are NOT being extended and remain unchanged. All previously scheduled deadlines for 105-107 East 16th Street shall proceed as set forth in the Bidding Procedures Order and the First Notice of Extension of Bid Deadline [DE 272], including, without limitation, the Bid Deadline, which expires today, June 4, 2026.***

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing, currently scheduled for Wednesday, June 10, 2026, will be extended to a date that the Court provides. A Notice of Adjournment regarding the Sale Hearing will be filed to reflect this date.

**PLEASE TAKE FURTHER NOTICE** that all other dates and deadlines set forth in the

Biddings Procedures remain unchanged.

Dated: New York, New York          GERON LEGAL ADVISORS LLC
      June 4, 2026                          *Attorneys for Yann Geron, Chapter 11 Trustee*


By:  */s/ Yann Geron*
    Yann Geron, Esq.
    Nicole N. Santucci, Esq.
    Alejandro J. Urquides, Esq.
    370 Lexington Avenue, Suite 1208
    New York, New York 10017
    (646) 560-3224
    ygeron@geronlegaladvisors.com
    nsantucci@geronlegaladvisors.com
    aurquides@geronlegaladvisors.com

3