GERON LEGAL ADVISORS LLC
Yann Geron
Nicole N. Santucci
Alejandro J. Urquides
370 Lexington Avenue, Suite 1208
New York, New York 10017
(646) 560-3224
ygeron@geronlegaladvisors.com
nsantucci@geronlegaladvisors.com
aurquides@geronlegaladvisors.com

*Attorneys for Yann Geron, Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
In re                                                        :
                                                             :    Chapter 11
CHABAD OF GRAMERCY PARK,                                      :
                                                             :    Case No. Case No. 25-40105-jmm
                                             Debtor.          :
------------------------------------------------------------- x

## NOTICE OF CANCELLATION OF AUCTION WITH RESPECT TO 105-107 EAST 16TH STREET, NEW YORK, NEW YORK 10010

**PLEASE TAKE NOTICE** that, pursuant to the *Order (I) Scheduling A Hearing on the Approval of the Sale of the Debtor's Properties[1], and (II) Approving Certain Bidding Procedures and Stalking Horse Bidder Protections, and the Form and Manner of Notice Thereof* (the "Bidding Procedures Order") [DE 240], entered on April 28, 2026, the Bidding Procedures approved therein [DE 240-1] (the "Bidding Procedures"), the Trustee hereby provides notice that only one (1) bid was received by the Bid Deadline with respect to the property located at **105-107 East 16th Street, New York, New York 10010** (the "East 16th Street Property"), which the Trustee, the Secured Lender, and the Broker are currently reviewing.[2]

---

[1]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bidding Procedures and, to the extent not defined therein, the Bidding Procedures Order.

[2]    The Trustee and the Secured Lender are currently reviewing the bid, including the Modified APA

PLEASE TAKE NOTICE that the Auction previously scheduled *__solely with respect to__*

*__the East 16th Street Property__* is, therefore, **CANCELLED**.

| | |
|---|---|
| Dated: New York, New York<br>June 8, 2026 | GERON LEGAL ADVISORS LLC<br>*Attorneys for Yann Geron, Chapter 11 Trustee* |

By:  /s/ Yann Geron  
Yann Geron, Esq.  
Nicole N. Santucci, Esq.  
Alejandro J. Urquides, Esq.  
370 Lexington Avenue, Suite 1208  
New York, New York 10017  
(646) 560-3224  
ygeron@geronlegaladvisors.com  
nsantucci@geronlegaladvisors.com  
aurquides@geronlegaladvisors.com