GERON LEGAL ADVISORS LLC

370 Lexington Avenue, Suite 1208
New York, NY 10017
Tel (646) 560-3224
geronlegaladvisors.com

Yann Geron
ygeron@geronlegaladvisors.com

November 12, 2026

**VIA ECF**

The Honorable Jil Mazer-Marino
Chief United States Bankruptcy Court
271 Cadman Plaza East, Suite 3514
Brooklyn, NY 11201

**Re: Chabad of Gramercy Park, Debtor; Case No. 1-25-40105-jmm;**
**Geron v. Ama La Vita; Case No. 1-26-01044-jmm**

Your Honor,

I serve as the chapter 11 Trustee of the Estate of Chabad of Gramercy Park (the "Debtor") in the above-referenced case. This letter confirms that the following matter has been adjourned on consent from November 18, 2026, to **January 6, 2027, at 11:00 a.m. (ET)**:

- Motion Compelling the Debtor to Immediately Pay Administrative Rent and Assume or Reject the Lease; Compelling the Debtor to Assume or Reject the Lease; Alternatively Granting Relief From the Automatic Stay; and Granting Related Relief [DE 27]; and
- Pre-trial conference in the *Geron v. Ama La Vita* adversary proceeding (no. 1-26-01044-jmm).

All other matters will proceed as scheduled on November 18, 2026, at 2:00 p.m. (ET).

Respectfully submitted,

*/s/ Yann Geron*

Yann Geron, Esq.

cc: Thomas A. Draghi, Esq. (by email)
Noam Elia, Esq. (by email)
Douglas J. Pick, Esq. (by email)
Alexandra Pontrello, Esq. (by email)
Nicole N. Santucci, Esq. (by email)
Steven B. Smith, Esq. (by email)

Jeremey S. Sussman, Esq. (by email)
Alejandro J. Urquides, Esq. (by email)
All ECF notification parties